

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Building & U.S. Courthouse
235 North Washington Avenue
P.O. Box 914
Scranton, PA 18501

judge.mannion@pamd.uscourts.gov

**Malachy E. Mannion**
United States District Judge

(570) 207-5760
(570) 207-5769 (fax)

March 19, 2015

David Catanzaro
286 Upper Powderly St.
Carbondale, PA   18407

RE:   Catanzaro v. Mattel, Inc. et al.
      3:15-0527

Dear Counsel,

Pursuant to the Middle District of Pennsylvania's case assignment plan, I have been assigned the above captioned case. Consistent with our mutual need to move this case forward, the parties are expected to:

1)  Complete proper service within the time allotted in Fed. R. Civ. P. 4;
2)  Expeditiously comply with the mandatory disclosure requirements of Fed. R. Civ. P. 26(a); and,
3)  Answer or respond to the complaint within the time allotted in Fed. R. Civ. P. 12;
4)  The court encourages mediation and requests that should the parties will be engaging in private mediation, they inform the court as soon as possible.

Counsel, as well as parties acting without counsel, are specifically advised that they may not enter into any agreements for extensions of time without court approval.

Following the filing of an Answer, or any other responsive pleading, the court will set a date for a Joint Case Management Conference (JCMC) to establish a schedule for the future management of this case. The order setting the JCMC date will more specifically detail what is required of counsel in preparation for that conference.

The Middle District of Pennsylvania has adopted "Electronic Case Filing Policies and Procedures" in Standing Order No. 05-6. These procedures and this order are available on the Middle District's public website, www.pamd.uscourts.gov. Counsel are to register and familiarize themselves with the "Electronic Case Filing" system (ECF), as all filings are to be made using this system unless an exception is specifically authorized by the court.

Any inquiries concerning this case may be directed to my courtroom deputy, Barbe Sempa, at the above address and telephone number. I look forward to working with counsel and the parties to resolve this case in a just, speedy and inexpensive manner.

Sincerely,

Malachy E. Mannion
United States District Judge