THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DAVID J. CATANZARO,

VS.   Case No. 3:15-cv-00527

MATTEL, INC.

**NOTICE OF DISMISSAL WITH PREJUDICE**

FILED
SCRANTON
JUL 1 3 2015
PER ⁀
DEPUTY CLERK

Plaintiff David J. Catanzaro hereby dismisses its complaint with prejudice, pursuant to Rule 41(a) of the rules of Civil Procedure, defendant not having answered or otherwise appeared.

Respectfully submitted,

s/ David J. Catanzaro
David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 282-4889
E-mail: davidjosephus@aol.com